uary 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Maurice E. Locke* for petitioner. *Mr. Meriwether L. Crawford* for respondent.

---

No. 546. SAILORS' UNION OF THE PACIFIC ET AL., PETITIONERS, *v.* HAMMOND LUMBER COMPANY. January 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jackson H. Ralston* for petitioners. *Mr. S. S. Burdett* and *Mr. J. B. Thompson* for respondent.

---

No. 551. OWEN AHEARN, PETITIONER, *v.* THE UNITED STATES. January 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick S. Tyler* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 564. JENNIE L. GRAVES ET AL., PETITIONERS, *v.* ANNA P. ASHBURN, EXECUTRIX, ETC., ET AL. January 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Marion Erwin* and *Mr. W. J. Wallace* for petitioners. No appearance for respondents.

---

No. 555. THE UNITED STATES, PETITIONER, *v.* J. T. B. HILL-HOUSE. January 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Howard T. Walden* for respondent.